UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

THE UNITED STATES OF AMERICA,

          -against-                                      22-CR-00567 (SN)-1

JOSHUA LIRIANO,                             **ORDER**
                  Defendant.

-------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    On October 20, 2022, Joshua Liriano entered a plea of guilty to Count One of knowingly and intentionally possessing a controlled substance, specifically, mixtures and substances containing a detectable amount of fentanyl, and aiding and abetting the same, in violation of Title 21, United States Code, Section 844(a) and Title 18, United States Code, Section 2, a misdemeanor offense. That plea has been accepted by this Court. The Court ORDERS the Probation Department to prepare an expedited Pre-Sentence Report. The parties shall appear for sentencing on Tuesday, December 13, 2022, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    The Defendant shall submit any pre-sentence materials no later than Monday, December 5, 2022, and the Government shall submit any pre-sentence materials no later than Friday, December 9, 2022.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 28, 2022
                New York, New York